UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-22163-CIV-HOEVELER

**MARIA LUISA BERNAL,**
a Colombian citizen,

    Plaintiff,

v.

**UBS INTERNATIONAL, INC.,**
a Florida corporation, **GROVE ISLE
CONDOMINIUM UNIT C1701,** 3 Grove
Isle Drive, Miami, Florida, **REMBRANT
HOLDING INC.,** a Florida corporation,
and **ALLIED FARMS LLC,** a Florida
Limited Liability Corporation,

    Defendants.

_____/



## ORDER ON DEFENDANTS' MOTIONS TO DISMISS

    This Cause comes before the Court on the Motion to Compel Arbitration and/or to Dismiss filed by Defendant UBS International on November 21, 2005, and the Motion to Dismiss filed by Defendants Rembrant Holding Inc. and Allied Farms LLC on December 8, 2005. This Court heard argument from the parties at a hearing held on this date, and this Order memorializes rulings made at that hearing.

    Based upon the agreement of Plaintiff and Defendant UBS International, Plaintiff's claims as to that Defendant shall be subject to arbitration, consistent with the arguments made by Defendant in its motion. In addition, Defendant will continue to restrict access to the account which is the subject of the parties' dispute and will not release any funds from that account until such time as this matter is resolved to the

satisfaction of all parties, or by order of this Court. The Court retains jurisdiction over Plaintiff's claims against Defendant UBS International for the purpose of enforcing the results of the arbitration. In light of the above, it is

ORDERED AND ADJUDGED that Defendant UBS International's Motion to Dismiss is DENIED, and the Motion to Compel Arbitration is GRANTED.

Further, Plaintiff has advised the Court that she has filed on this date a proposed Second Amended Complaint. According to Plaintiff, that new complaint eliminates Defendants Rembrant Holdings Inc. and Allied Farms LLC, and adds additional parties. Plaintiff has agreed to this Court's dismissal of these two named defendants, which the Court has done. Defendants' Rembrant Holdings Inc. and Allied Farms LLC Motion to Dismiss is GRANTED, as follows: this case is dismissed, as MOOT, with respect to Rembrant Holdings LLC and this case is DISMISSED, without prejudice, as to Allied Farms LLC.

At the hearing the Court also granted Plaintiff's request to file her Second Amended Complaint, and such ruling is hereby memorialized in this Order. All of Plaintiff's claims in that new complaint which are directed at UBS International are subject to the Court's ruling, above, that such claims be submitted to arbitration.

DONE AND ORDERED in Chambers in Miami this 20TH day of September 2006.

*William M. Hoeveler*
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished:
Alba Varela
Sara Soto
Andrew Rosenblatt